[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-14850
Non-Argument Calendar

_____

D.C. Docket Nos. 8:16-cr-00500-VMC-AEP-1,
6:98-cr-00096-GKS-DAB-2

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RALPH GEORG TONI MARTIN,
a.k.a. Mirko Doninic Martin,
a.k.a. Mirko Dominik Martin,
a.k.a. Dominik Martin,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 27, 2018)

Before WILLIAM PRYOR, MARTIN, and BRANCH, Circuit Judges.

PER CURIAM:

Ralph Martin appeals his conviction for failure to appear at a sentencing

hearing, in violation of 18 U.S.C. § 3146(a)(1), and sentence of 6-months

imprisonment to be followed by a 3-year term of supervised release.  Martin's appointed counsel says that Martin has no meritorious issues to bring to our attention on appeal.  See Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  To that end, counsel has filed a brief "pointing the court to any argument which may arguably support an appeal."  United States v. Edwards, 822 F.2d 1012, 1013 (11th Cir. 1987) (per curiam).  On March 19, 2018, counsel certified that he sent a copy of the brief and his motion to withdraw as counsel to Martin.  This Court sent Martin a letter in March of 2018 advising him of his right to respond to counsel's motion within 30 days.  As of August 24, 2018, we received no response from Martin.

As Anders requires, we have carefully reviewed counsel's brief and the record, and we have independently determined that there are no issues of arguable merit for our review.  See Anders, 386 U.S. at 744, 87 S. Ct. at 1400.  Therefore, we **AFFIRM** Martin's conviction and sentence, and we **GRANT** counsel's motion to withdraw.

2